IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RODNEY G. FREEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04cv3266 |
| | ) | |
| vs. | ) | **AMENDED** ORDER |
| | ) | |
| HAROLD W. CLARKE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court sua sponte. The plaintiff's attorney submitted exhibits and a witness list (filing no. **44**). However, because some of the documents contain social security numbers, the Clerk of Court filed the documents under seal, pursuant to the E-Government Act, to protect the privacy of the individuals whose social security numbers appear on the face of the documents.

However, for the purpose of compliance with the E-Government Act, the court prefers to receive redacted documents rather than documents to be filed under seal. On the other hand, the Clerk of Court will not redact documents on a party's behalf. Therefore, by **June 7, 2005**, the plaintiff's attorney shall file the same documents as in filing no. **44**, but with all social security numbers redacted. At that time, the court will strike filing no. **44**, the sealed filing.

The parties shall disregard filing no. 45, and the court appreciates the courtesy of defendant's counsel for pointing out the error in that Order.

SO ORDERED.

DATED this 3rd day of June, 2005.

BY THE COURT:


s/ F. A. GOSSETT
United States Magistrate Judge