IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RODNEY G. FREEMAN, | ) | |
| | ) | Case No. 4:04CV3266 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| HAROLD W. CLARKE, et al., | ) | |
| | ) | |
| Defendant. | ) | |

On the Court's own motion due, the Rule 16 Planning Conference in this case will be rescheduled.

**IT IS ORDERED** that the planning conference now scheduled for June 9, 2005 at 11:00 a.m., is continued to **July 18, 2005 at 11:00 a.m.** The planning conference will be held in the chambers of the undersigned magistrate judge, Room 2210, Roman L. Hruska U. S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska. At least one day in advance, counsel who wish to participate by telephone should so notify opposing counsel, and the court at (402) 661-7340.

Dated this 6th day of June 2005.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge