IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RODNEY G. FREEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04cv3266 |
| | ) | |
| vs. | ) | ORDER to SHOW CAUSE |
| | ) | |
| HAROLD W. CLARKE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court sua sponte. By June 24, 2005, the plaintiff's attorney shall file a Response to this Order to Show Cause stating any reason she may have why sanctions should not be imposed for her failure to comply with filing no. 46, the court's Amended Order of June 3, 2005.

SO ORDERED.

DATED this 15th day of June, 2005.

BY THE COURT:

s/ F. A. GOSSETT
United States Magistrate Judge