IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RODNEY G. FREEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04cv3266 |
| | ) | |
| vs. | ) | ORDER to SHOW CAUSE |
| | ) | |
| HAROLD W. CLARKE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the on filing no. 48, the court's Order to Show Cause. The plaintiff's counsel has contacted the court to explain that a death in her family prevented her from previously complying with filing no. 46. Therefore, counsel has shown cause. By June 24, 2005, the plaintiff's attorney shall comply with filing no. 46.

SO ORDERED.

DATED this 15th day of June, 2005.

BY THE COURT:

s/ F. A. GOSSETT
United States Magistrate Judge