IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RODNEY G. FREEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04cv3266 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| HAROLD W. CLARKE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the court's own motion. In light of the pending motions for summary judgment and ongoing discovery, the planning conference scheduled to take place on July 18, 2005, at 11:00 a.m., is continued until **Monday, August 15, 2005 at 1:30 p.m.,** before the undersigned Magistrate Judge in chambers, Suite 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. At least one business day in advance of the conference, counsel who wish to participate by telephone shall notify opposing counsel and the court in chambers, at 402-661-7340, to arrange for conference by telephone.

SO ORDERED.

DATED this 14th day of July, 2005.

BY THE COURT:


s/ F. A. GOSSETT
United States Magistrate Judge