IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RODNEY G. FREEMAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HAROLD W. CLARKE, et. al., ) <br> ) <br> Defendants. ) | 4:04cv3266 <br><br> MEMORANDUM AND ORDER |

This matter is before the court on filing nos. 54 and 55, post-judgment filings by the plaintiff, Rodney G. Freeman. Judgment has been entered in this case; the time for appeal has expired, and the case is closed. Accordingly, no further action will be taken by this court. Filing nos. 54 and 55 are denied.

November 16, 2005.   BY THE COURT:

/s *Richard G. Kopf*
United States District Judge